

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00458-CV

**IN THE INTEREST OF H.F.F.** and S.S.F., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-01668
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED December 23, 2025.

_H. Todd McCray_
H. Todd McCray, Justice